```
_____ FILED _____ LODGED
           _____ RECEIVED
              Jul 19 2025
         CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON AT TACOMA
   BY _____ DEPUTY
```

Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRIAN CHRISTOPHER WARREN<br><br>Defendant. | CASE NO. 3:25-mj-05268<br><br>**COMPLAINT for VIOLATION**<br><br>Title 18, U.S.C., Section 111(a)<br><br>(Felony) |

BEFORE, Theresa L. Fricke, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

**(Assault of a Federal Officer)**

On or about July 18, 2025, in Pierce County, within the Western District of Washington, BRIAN CHRISTOPHER WARREN knowingly, intentionally, and forcibly assaulted D.M., an officer of the United States and of an agency of the United States Government, that is, a federally contracted Protective Security Officer of the Federal

Complaint - 1
*United States v. Brian Christopher Warren*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Protective Service, assigned to the Social Security Administration, while such officer was engaged in and on account of his performance of official duties. All in violation of Title 18, United States Code, Sections 111(a)(1) and 1114.

## COUNT TWO

**(Assault of a Federal Officer)**

On or about July 18, 2025, in Pierce County, within the Western District of Washington, BRIAN CHRISTOPHER WARREN knowingly, intentionally, and forcibly assaulted E.C., an officer of the United States and of an agency of the United States Government, that is, a federally contracted Protective Security Officer of the Federal Protective Service, assigned to the Social Security Administration, while such officer was engaged in and on account of his performance of official duties. All in violation of Title 18, United States Code, Sections 111(a)(1) and 1114.

And the complainant states that this Complaint is based on the following information:

1. I have been employed as a Special Agent with the United States Department of Homeland Security (DHS), Federal Protective Service (FPS), since February 2021 and am currently assigned to the FPS Region 10 office in Auburn, Washington. Prior to this employment, I served as an FPS uniformed law enforcement officer beginning April 2016. I graduated from the Federal Law Enforcement Center (FLETC) Criminal Investigator Training Program (CITP) in July 2021. I have training and experience in conducting federal criminal investigations and have worked criminal matters involving terrorism, violent criminal offenses, destruction of property, theft of property, threats against government officials, assaults, and other criminal offenses. I have participated in the investigation discussed in this Affidavit. I have also discussed the investigation with other law enforcement officers, Protective Security Officers (PSO),

Complaint - 2
*United States v. Brian Christopher Warren*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 and Criminal Investigators. Unless otherwise noted, wherever in this Affidavit I assert
2 that a statement was made, the information was provided by another law enforcement
3 officer or witness who may have had either direct or hearsay knowledge of that statement
4 and to whom I or others have spoken, or whose reports I have read and reviewed.

5     2.    The information contained in this Complaint is based on my personal
6 knowledge, training, experience, and investigation, as well as information relayed to me
7 by other law enforcement officers and witnesses, and information gleaned from my
8 review of reports and evidence related to this investigation. The discussion below
9 includes only information I believe necessary to establish probable cause that BRIAN
10 CHRISTOPHER WARREN (WARREN) committed the offense alleged in this
11 Complaint. I do not purport to summarize all the evidence gathered during the course of
12 my investigation, nor does the discussion below include all facts known to me or others
13 involved with this investigation.

## SUMMARY OF PROBABLE CAUSE

15     3.    On July 18, 2025, at approximately 10:00 a.m., Protective Security Officers
16 (PSOs) D.M. and E.C. were in full duty uniform in performance of official duties
17 supporting the Federal Protective Service providing security services to the Social
18 Security Administration in Tacoma, Washington. Specifically, D.M. and E.C. were
19 assigned to conduct administrative screenings for weapons and explosives, patrol, and
20 response at the Tacoma Social Security Administration (SSA) Office, located at 2608 S
21 47th Street, Tacoma, Washington. The Tacoma SSA Office is leased to the United States
22 Government.

23     4.    According to E.C., who was interviewed following the incident, at
24 approximately 10:00 a.m., WARREN entered the building that houses the Tacoma SSA
25 spaces and approached E.C. WARREN told E.C. that he would not leave until he
26 received his money. E.C. then informed WARREN that the facility operated on an
27 appointment-only basis only and asked WARREN to leave. In response, WARREN

Complaint - 3
*United States v. Brian Christopher Warren*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

became confrontational and insisted that he was coming into the Tacoma SSA spaces to get his money. WARREN then attempted to bypass E.C. and forcibly entered the interior screening area of the facility.

5. D.M., who was stationed inside the lobby monitoring CCTV, responded after E.C. called for assistance. D.M. attempted to assist in restraining WARREN, but WARREN struck D.M. in the face without warning, causing immediate disorientation.

6. During the ensuing altercation, WARREN struck both officers with closed fists, targeting their heads and necks. D.M. sustained multiple blows to the face, causing heavy bleeding from his nose. WARREN was ultimately subdued, placed in handcuffs, and seated in the hallway by D.M., E.C. and C.F. (an off duty PSO).

7. During a later interview, D.M. described that the punches landed by WARREN caused him to see "stars," disorientation, and bleeding from his face. E.C. reported multiple strikes to his head and neck area and indicated that he had experienced dizziness as a result.

8. When FPS Officers Owen Lee and Darold Grant responded to the Tacoma SSA spaces following the assault, WARREN spontaneously stated, "I assaulted all three of them [D.M., E.C., and C.F]."

9. When evaluated by emergency medical personnel, WARREN refused hospital transport. WARREN further stated, "Do not take me to the hospital because as soon as I get out, I'm going to come back here and do it again."

10. Following his arrest, WARREN waived his *Miranda* rights and provided investigators with a statement. During that interview, WARREN admitted that he had assaulted D.M., and E.C. WARREN cited frustration with mental health issues and previous incarcerations as the reason for his behavior. WARREN made statements regarding alleged affiliations with the FBI and the armed forces. WARREN stated he possessed two firearms—one in a container at his father's residence (with two million dollars), and the other in the woods in a backpack. WARREN stated that he was

Complaint - 4
*United States v. Brian Christopher Warren*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

homeless and resided at the Mission in Tacoma. WARREN made a comment about not stopping even if it meant killing someone "spiritually."

11. I reviewed security footage from the facilities camera system which captured the incident. Based upon a review of the security footage, I noted the following (times based upon timestamp from security video):

    a. At 10:12 a.m., WARREN entered the SSA lobby.

    b. At 10:12:45, E.C. grabbed WARREN's arm and moved him outside the SSA lobby.

    c. At 10:12:45, WARREN sat on the lobby floor.

    d. At 10:13:00, WARREN stood up and yanked the SSA lobby entrance door open after several attempts.

    e. At 10:13:11, WARREN punched D.M. in the face.

    f. At 10:13:12, WARREN punched D.M. twice in the face.

    g. At 10:13:14, WARREN grabbed, and was holding onto, E.C.'s weapon and belt.

    h. At 10:13:16, WARREN punched E.C. in the head/face area.

    i. At 10:13:30, D.M. and E.C. gained control of WARREN taking him to the ground in a prone position. WARREN was then detained in handcuffs.

12. I reviewed WARREN's criminal history which showed that WARREN has criminal history dating from 2015 to the present from the States of Washington, New Jersey, Nevada, Oregon and Hawaii. WARREN also had an outstanding warrant from Tumwater Police Department for Escape Community Custody and was taken into state custody on that charge.

13. Based upon a review of Federal Protective Service reports, I know that in November 2021 WARREN had threatened government personnel at the SSA office in Puyallup, WA. Specifically, WARREN threatened to kill a SSA employee and said he would kill or hurt somebody until/unless he gets his money.

Complaint - 5
*United States v. Brian Christopher Warren*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**CONCLUSION**

Based on the above facts, I respectfully submit that there is probable cause to believe that WARREN did knowingly and intentionally commit the offense of Assault of a Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1).

JEFFREY T BUNGABONG
Digitally signed by JEFFREY T BUNGABONG
Date: 2025.07.19 11:54:28 -07'00'

JEFFREY BUNGABONG, Complainant
Special Agent
Federal Protective Service

Based on the Complaint and Affidavit sworn to before me, and subscribed to me telephonically, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 19th day of July 2025.

HON. THERESA L. FRICKE
United States Magistrate Judge

Complaint - 6
*United States v. Brian Christopher Warren*

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800