Chief District Judge David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN CHRISTOPHER WARREN, <br><br> Defendant. | NO. CR25-5200DGE <br><br> MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE |

The United States of America, by and through Rebecca S. Cohen, Acting United States Attorney for the Western District of Washington, and Victoria Cantore, Assistant United States Attorney for said District, hereby moves the Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment in the aforesaid case without prejudice.

On August 20, 2025, Mr. Brian Christopher Warren was charged by Indictment with two counts of Assault on a Federal Officer. On September 2, 2025, Mr. Warren's Arraignment was stricken for determination of competency.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Government hereby seeks leave of the Court to dismiss the Indictment without prejudice.

Government's Motion for Dismissal- 1
*United States v. Warren,* CR25-5200DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

The parties have been engaged in discussions regarding Mr. Warren's mental health and viable treatment options for him in the community. As a result, Mr. Warren was evaluated by a Pierce County Designated Crisis Responder on October 2, 2025, who found that Mr. Warren meets the criteria for commitment under the Washington State Involuntary Treatment Act. Accordingly, the parties have agreed to this dismissal.

The Government makes this request in the interests of justice.

DATED this 2nd day of October, 2025.

Respectfully submitted,

REBECCA S. COHEN
Acting United States Attorney

*s/ Victoria Cantore*
VICTORIA CANTORE
Assistant United States Attorney

Government's Motion for Dismissal- 2
*United States v. Warren,* CR25-5200DGE

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800